UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT CHOUINARD,

    Petitioner,

v.                                               CASE NO. 6:15-cv-1661-Orl-37DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on Petitioner's Motion for New Trial or in the Alternative, Relief from Judgment (Doc. 11). Petitioner seeks reconsideration of the Court's order dismissing the case. *Id.*

The instant case was dismissed on February 18, 2016, due to Petitioner's failure to pay the filing fee (Doc. 9). Later that same day, the Clerk of Court received the filing fee. In light of the fact that Petitioner complied with the Court's order, the Court will grant Petitioner's motion, vacate the dismissal order, and reopen the case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Petitioner's Motion for New Trial or in the Alternative, Relief from Judgment (Doc. 11) is **GRANTED**. The Court's February 18, 2016, order dismissing the case (Doc. 9) and Judgment (Doc. 10) are **VACATED**.

2. The Clerk of Court is directed to reopen this case.

**DONE AND ORDERED** in Orlando, Florida this 27th day of April, 2016.



ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-3 4/27
Robert Chouinard
Counsel of Record